AO 442 (Rev. 11/11) Arrest Warrant

FILED
OCT 29 2019
CLERK, U.S. DISTRICT COURT
~~EASTERN DISTRICT OF CALIFORNIA~~
BY_____
   for the Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Anup Kaushal | ) Case No. 1:19 MJ 00204 SKO |
|  | ) |
|  | ) CR 19 0537 |
|  | ) |
| Defendant | ) |

EMC

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Anup Kaushal                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1542 -- Use of Passport Secured by False Statement

Date:  10/17/2019

_____
Issuing officer's signature

City and state:    San Francisco, California

United States Magistrate Judge Jacqueline Scott Corley
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

1  DAVID L. ANDERSON (CABN 149604)
2  United States Attorney



FILED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANUP KAUSHAL,<br>a/k/a Gurdeep Singh,<br>a/k/a Anoop Singh,<br><br>Defendant. | CASE NO. CR 19 0537<br><br>VIOLATION:<br>18 U.S.C. § 1542 – Use of Passport Secured by False Statement;<br>18 U.S.C. § 982(a)(6) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE<br><br>[UNDER SEAL] |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 1542 – Use of Passport Secured by False Statement)

On or about May 19, 2010, in the Northern District of California, the defendant,

ANUP KAUSHAL,
a/k/a Gurdeep Singh,
a/k/a Anoop Singh,

willfully and knowingly used passport No. ******906, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that defendant had never used any other names, to gain entry into the United States at San Francisco International Airport, in violation of Title 18, United States Code, Section 1542.

INDICTMENT

1  COUNT TWO:        (18 U.S.C. § 1542 – Use of Passport Secured by False Statement)

2  On or about February 3, 2012, in the Northern District of California, the defendant,

3              ANUP KAUSHAL,
                  a/k/a Gurdeep Singh,
4                 a/k/a Anoop Singh,

5  willfully and knowingly used passport No. ******906, issued under the authority of the United States,

6  the issuance of which was secured by reason of a false statement made in the application therefore

7  which falsely stated that defendant had never used any other names, to gain entry into the United States

8  at San Francisco International Airport, in violation of Title 18, United States Code, Section 1542.

9  FORFEITURE ALLEGATION:       (18 U.S.C. § 982(a)(6))

10        The allegations contained in this Indictment are re-alleged and incorporated by reference for the

11  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(6).

12        Upon conviction of the offense set forth in this Indictment, the defendant,

13              ANUP KAUSHAL,
                  a/k/a Gurdeep Singh,
14                a/k/a Anoop Singh,

15  shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

16        a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of
17           the offense;

18        b. any property, real or personal, that constitutes or is derived from or is traceable to the
19           proceeds obtained directly or indirectly from the commission of the offense; or

20        c. that was used to facilitate, or was intended to be used to facilitate, the commission of
21           the offense.

22  If any of the property described above, as a result of any act or omission of the defendant:

23        a. cannot be located upon exercise of due diligence;
24        b. has been transferred or sold to, or deposited with, a third party;
25        c. has been placed beyond the jurisdiction of the court;
26        d. has been substantially diminished in value; or
27        e. has been commingled with other property which cannot be divided without
28           difficulty,

INDICTMENT                                    2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Section 982(a)(6) and Federal Rule of Criminal Procedure 32.2.

DATED: 17 OCT 2019

A TRUE BILL.

*/s/ [signature]*
FOREPERSON

DAVID L. ANDERSON
United States Attorney

*/s/ [signature]*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

INDICTMENT                    3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*FILED OCT 17 2019 — SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTH DISTRICT OF CALIFORNIA*

**OFFENSE CHARGED**

COUNTS 1-2: 18 U.S.C. § 1542 – Use of Passport Secured by False Statement

~~UNDER SEAL~~

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: COUNTS 1-2: 10 years imprisonment, $250,000 fine, 3 years of supervised release, $100 mandatory special assessment

**DEFENDANT - U.S**
▶ Anup Kaushal

DISTRICT COURT NUMBER
**CR-19-0537**    *EMC*

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE     } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant     } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under     }

Name and Office of Person Furnishing Information on this form: **DAVID L. ANDERSON**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **SAUSA Christopher Vieira**

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction      } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No     } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:           Before Judge:

Comments: